JUDGE RICARD S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DANIEL KNUPP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Civil No. CV 16-0943 RSM<br>Crim. No. CR 12-00099 RSM<br><br>ORDER GRANTING DELAY IN<br>BRIEFING SCHEDULE |

Based on the unopposed motion to delay filing in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that Petitioner's reply brief and the parties' filing re: *Beckles v. United States* be filed within 21 days of this Order.

Based on the portion of the motion on which the Government takes no position, the Court will delay ruling on the petition until briefing has been completed.

DONE this 14 day of March, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Alan Zarky*
Staff Attorney
Attorney for Petitioner

ORDER GRANTING STIPULATION REGARDING
DATES FOR FILING REPLY BRIEF TO THE MOTION
PURSUANT TO 28 U.S.C. § 2255
(*Knupp v. USA*; CV 16-0943 RSM) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710