UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DANIEL KNUPP,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. C16-0943 RSM<br>Crim. No. CR12-0099 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL AND WITHDRAWAL OF MOTION TO VACATE UNDER 28 U.S.C. § 2255 |

Good cause being shown, Petitioner's motion to withdraw his § 2255 Motion and Unopposed Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. All remaining deadlines and/or hearing dates are hereby VACATED.

IT IS SO ORDERED this 16th day of March 2017.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Alan Zarky
Assistant Federal Public Defender
Attorney for James Knupp

ORDER FOR VOLUNTARY DISMISSAL
(Knupp v. U.S.; CV16-0943-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100